PROB 12B
(7/93)

Case 2:06-cr-02170-LRS   Document 140   Filed 11/08/12

PROB 12B
(7/93)

Report Date: November 7, 2012

# United States District Court

### for the

### Eastern District of Washington

NOV - 8 2012

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Deborah Renee Singleton | Case Number: 2:06CR02170-001 |
| Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko | |
| Date of Original Sentence: 9/25/2008 | Type of Supervision: Supervised Release |
| Original Offense: Possession of a Firearm by a Prohibited Person, in violation of 18 USC § 922(g)(1) | Date Supervision Commenced: 12/08/2012 |
| Original Sentence: Prison - 84 Months; TSR - 36 Months | Date Supervision Expires: 12/07/2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

Strike the following special condition:

19   You shall reside in a residential re-entry center for a period of 180 days. You shall not be entitled to the benefits of the prerelease component. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The petition for modification regarding the conditions of supervised release is made at the request of the supervising U.S. probation officer in the Western District of Washington and as agreed to by Ms. Singleton, as noted in the attached waiver signed by the defendant.

The basis for the request is that Ms. Singleton is currently on home confinement with the Bureau of Prisons and is scheduled to begin her term of supervision on December 8, 2012. Prior to being placed on home confinement on July 5, 2012, Ms. Singleton resided at the residential re-entry center (RRC). She recently obtained her own apartment and is receiving disability and food stamps. She has also been set up with an assistant to help her with household chores a couple of times per week. Ms. Singleton has been doing well and an additional term at the RRC does not appear to be necessary at this time.

Prob 12B
**Re: Singleton, Deborah Renee**
**November 7, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 7, 2012

s/Rebecca M. Nichols

Rebecca M. Nichols
Supervising U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

11/8/12
Date